

FILED & JUDGMENT ENTERED
Steven T. Salata

July 1 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

IN RE:              )
                    )
  Jeffrey Victor Morse    )     Case No. 19-40142
                    )     Chapter 7
  Debtors.          )
                    )

### ORDER APPROVING EX PARTE APPLICATION TO EMPLOY
### ROBERTS & STEVENS, P.A., AS ATTORNEY FOR THE TRUSTEE

**UPON CONSIDERATION** of the application of Barbara B. Stalzer, Trustee, for authority to employ Roberts & Stevens, P.A., as attorney for the Trustee in connection with this case; and it appearing that the Trustee provided appropriate notice of the application and no further notice need be provided and that notice of a hearing on such application need not be given; and the court having reviewed the application and declaration of Elizabeth T. Dechant in support of said application; and the court being satisfied based on the representations made in the application and declaration that (a) Roberts & Stevens, P.A., does not hold or represent an interest adverse to the bankruptcy estate and (b) Roberts & Stevens, P.A., is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code; and the court having found that the relief requested in the application is necessary and in the best interest of the estate;

**IT IS HEREBY ORDERED,** that Roberts & Stevens, P.A. is authorized to serve as attorney for the Trustee in this case to perform all of the services set forth in the application with such compensation as approved by the Court.

This Order has been signed electronically. The Judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court

R&S 2255304_1