<u>EXHIBIT A</u>

## CONTRACT FOR LEGAL SERVICES

DATE: February 22, 2019

I, JEFFREY MORSE ("Client"), do hereby employ COPELAND LAW FIRM, P.C. ("Copeland Law Firm") as my attorney to represent me with respect to my contract dispute claim arising out of consultation work done on or about the timeframe of September 2017 through May 2018 at or near Bristol, VA for NCS Global Consulting, American Merchant, and Merchant House International

1. Client agrees to pay Copeland Law Firm an advance of $1,500.00 for costs and expenses.
2. Client agrees to pay Copeland Law Firm on a contingency basis of one-third (1/3) of the total amount recovered or the attorney's fees that are awarded by the court, whichever is greater.
3. Client agrees that in addition to the above fees, all court costs, subpoena costs, photos, depositions, court reporter costs, reports, witness statements, and all other out-of-pocket expenses directly incurred in investigating or litigating this claim shall be paid by Client, and that said expenses and attorney's fees may be deducted from the proceeds of any recovery.
4. Client further agrees that associate counsel may be employed at the discretion and expense of my attorney and that any attorney so employed may be designated to appear on my behalf or undertake my representation in this matter.

Client has received a copy of this contract.

_____
Jeffrey Morse
Client

_____
Robert T. Copeland, Esq.
Copeland Law Firm, P.C.