FILED & JUDGMENT ENTERED
Steven T. Salata

July  11  2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jeffrey Victor Morse ) | Case No.  19-40142 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

## ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR
## APPROVAL OF SPECIAL COUNSEL

**UPON CONSIDERATION** of Trustee's Ex Parte Motion for Approval of Special Counsel, and after a review of the pleadings filed, for good cause shown:

**IT IS ORDERED, ADJUDGED AND DECREED** that Robert T. Copeland and the firm of Copeland Law Firm, P.C. are hereby appointed as Special Counsel for Barbara B. Stalzer, Chapter 7 Trustee to assist it in pursuing an action pending in the Circuit Court in Bristol Virginia.  Special Counsel will be paid an amount equal to one-third of the total amount recovered or the attorney's fees that are awarded by the Virginia court.

**This Order has been signed electronically.  The Judge's signature and court's seal appear at the top of the Order.**                           **United States Bankruptcy Court**

R&S 2258731_1